SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 JUN -9 PM 2:51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA HECHT,<br><br>　　　　Defendant. | 8:25CR 131<br><br>INDICTMENT<br>18 U.S.C. § 2251(a) & (e)<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2252(a)(1) & (b)(1)<br>18 U.S.C. § 2252(a)(4) & (b)(2) |

The Grand Jury charges that

## COUNT I
### PRODUCTION OF CHILD PORNOGRAPHY

On or about October 1, 2023, through on or about January 26, 2024, the defendant, JOSHUA HECHT, in the District of Nebraska and elsewhere, did employ, use, persuade, induce, entice, and coerce any minor, to wit: Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT II
### COERCION AND ENTICEMENT

On or about October 1, 2023, through on or about January 26, 2024, the defendant, JOSHUA HECHT, in the District of Nebraska and elsewhere, did use any facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, and entice an individual who

1

had not attained the age of 18 years to engage sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT III
### TRANSPORTATION OF CHILD PORNOGRAPHY

On or about October 1, 2023, through on or about January 26, 2024, the defendant, JOSHUA HECHT, in the District of Nebraska and elsewhere, knowingly transported, any visual depiction in or affecting interstate or foreign commerce, by any means including by computer and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Section 2251(a)(1) and (b)(1).

## COUNT IV
### POSSESSION OF CHILD PORNOGRAPHY

On or about October 1, 2023, through on or about January 26, 2024, the defendant, JOSHUA HECHT, in the District of Nebraska and elsewhere, did knowingly possess at least one matter which contains any visual depiction that (had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
SEAN P. LYNCH, #25275
Assistant U.S. Attorney